```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division                    JS - 6
    GARY PLESSMAN
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  LISA A. PALOMBO
    Assistant United States Attorney
 6  California State Bar No. 169119
         Room 7516, Federal Building
 7       300 North Los Angeles Street
         Los Angeles, California  90012
 8       Telephone: (213) 894-4042
         Facsimile: (213) 894-2380
 9       Lisa.Palombo@usdoj.gov

10  Attorneys for the
    United States of America
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CAST and STANTON CROWLEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL CARDIO LABS, LLC, *et al.*,<br><br>   Defendants. | NO. SACV 04-00050-DOC(ANx)<br><br>ORDER OF DISMISSAL |

**ORDER OF DISMISSAL**

The Court, having considered the Stipulation of Dismissal filed by the United States and Relators James Cast and Stanton Crowley, hereby **ORDERS:**

1. The Second Amended Complaint against defendants National Cardio Labs LLC, Robert Parsons, Adrienne Stanman a.k.a. Adrienne Parsons, Matthew Parsons, and Rebecca M. Parsons (aka Rebecca M. Eaton) with prejudice subject to and in accordance with the Parties' Settlement Agreements. The allegations in the Second Amended Complaint against defendants RMV Medical; CHN, LLC; William R. Parsons; DMS - Service, LLC; and Lynda Cole are dismissed without prejudice as to the United States and with prejudice to the Relators, consistent with the Settlement Agreements.

2. The preclusive effect of this dismissal shall be determined in accordance with the Settlement Agreements. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreements. The status conference presently set for May 17, 2010 is vacated.

**SO ORDERED.**

Dated: May 13, 2010

_/s/ David O. Carter_
Hon. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1